ERNEST J. PIRMAN, Respondent, *v.* LOUIS F. MAYERSON et al., Appellants.

Supreme Court, Appellate Term, First Department, February 20, 1946.

*Robert K. Story, Jr.,* for appellants.

*Louis Silberstang* and *Ernest J. Pirman* for respondent.

MEMORANDUM *Per Curiam.* The order is not appealable as of course, and it does not appear that permission to appeal has been given.█

The appeal should be dismissed.

HAMMER, SHIENTAG and HECHT, JJ., concur.

Appeal dismissed.